UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/17/2020___

ROBERT DEREK LURCH, JR.,

                              Plaintiff,

              -against-

CITY OF NEW YORK, et al.,

                              Defendants.

**ORDER**

**19-CV-11253 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

For the April 23, 2020 telephonic conference at 3:30 p.m., the parties should not dial the

number at ECF 26.  Instead, the parties should dial: **(866) 434-5269**.  The access code is:

**4858267.**

    **The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se**

**litigant at the following address: Robert Dereck Lurch, Jr. at P.O. Box 540807, Bronx, NY**

**10454.**

Dated: New York, New York
       March 17, 2020

                        SO ORDERED.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge