USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch, Jr.,

        Plaintiff,

–v–

City of New York, et al.,

        Defendants.

19-cv-11253 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 23, 2020, Defendant Kimpton Muse Hotel filed a motion to dismiss the Amended Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Because Plaintiff is proceeding *pro se*, he shall serve his opposition to Defendant's motion to dismiss by April 23, 2020. Defendant's reply, if any, shall be served by May 7, 2020.

    Defendant Kimpton Muse Hotel is also hereby ordered to mail a copy of this Order to Plaintiff. If it is impracticable for Defendant Kimpton Muse Hotel to mail a copy of this Order, then it shall notify the Court within three days of the date of this Order, so the Court can implement an alternative procedure.

    SO ORDERED.

Dated: March 31, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge