USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

**19-CV-11253 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff shall have until **August 31, 2020** to either amend his Answer or oppose the Motion to Dismiss filed by Defendant Kimpton Muse Hotel on March 23, 2020.  (Dkt. Nos. 31-33.)   The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at: Robert Derek Lurch, Jr. P.O. Box 540807 Bronx, NY 10454.

SO ORDERED:

_[signature]_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

7/9/2020