```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch, Jr.,

        Plaintiff,

   –v–

City of New York, et al.,

        Defendants.

19-cv-11253 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that Plaintiff amended his Complaint on March 6, 2020, Dkt. No. 21, and Defendant Kimpton Muse Hotel, on behalf of itself and its hotel staff, filed a motion to dismiss the amended complaint on March 23, 2020, Kimpton Muse Hotel's original motion to dismiss, dated February 25, 2020, Dkt. No. 15, is denied as moot. The Court will resolve the motion to dismiss the amended complaint in due course.

    This resolves Dkt. No. 15. The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.

    SO ORDERED.

Dated: November 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge