```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch, Jr.,

                       Plaintiff,

        -against-

City of New York, et al.,

                       Defendants.

1:19-cv-11253 (AJN) (KHP)

**ORDER**

**Katharine H. Parker, United States Magistrate Judge:**

      A telephonic conference in this matter is hereby scheduled for **Tuesday, May 18, 2021 at 12:30 p.m.**  The parties are directed to call Judge Parker's telephone conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      **Plaintiff failed to attend the telephonic status conference scheduled for March 31, 2021.  Plaintiff is warned that future failures to attend conferences could result in his case being dismissed for lack of prosecution.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to the Pro Se Plaintiff.**

      SO ORDERED.

Dated:   April 1, 2021
            New York, New York

                                                           Katharine H. Parker
                                                           United States Magistrate Judge